08-6118-ag
Bajraktari v. Holder

BIA
Videla, IJ
A099 610 056

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12ᵗʰ day of January, two thousand ten.

PRESENT:
> WILFRED FEINBERG,
> BARRINGTON D. PARKER,
> RICHARD C. WESLEY,
> > *Circuit Judges.*

_____

EDMOND BAJRAKTARI,
> *Petitioner,*

v.                                    08-6118-ag

                                      NAC

ERIC H. HOLDER JR.,
UNITED STATES ATTORNEY GENERAL,*
> *Respondent.*

_____

---

\* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Eric H. Holder Jr. is automatically substituted for former Attorney General Michael B. Mukasey as respondent in this case.

**FOR PETITIONER:**      Andrew P. Johnson, New York, New York.

**FOR RESPONDENT:**      Tony West, Acting Assistant Attorney General; Ernesto H. Molina Jr., Assistant Director; Jeffery R. Leist, Trial Attorney, Office of Immigration Litigation, Civil Division, U.S. Department of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a decision of the Board of Immigration Appeals ("BIA"), it is hereby ORDERED, ADJUDGED, AND DECREED, that the petition for review is DENIED.

Edmond Bajraktari, a native and citizen of Albania, seeks review of a November 18, 2008 order of the BIA affirming the October 25, 2006 decision of Immigration Judge ("IJ") Gabriel C. Videla, denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). *In re Edmond Bajraktari,* No. A099 610 056 (B.I.A. Nov. 18, 2008), *aff'g* No. A099 610 056 (Immig. Ct. N.Y. City Oct. 25, 2006). We assume the parties' familiarity with the underlying facts and procedural history of this case.

When the BIA issues an opinion that fully adopts the IJ's decision, this Court reviews the IJ's decision. *See, e.g., Chun Gao v. Gonzales*, 424 F.3d 122, 124 (2d Cir.

2

2005). We review the agency's factual findings under the substantial evidence standard. 8 U.S.C. § 1252(b)(4)(B); *see also Manzur v. U.S. Dep't of Homeland Sec.,* 494 F.3d 281, 289 (2d Cir. 2007).

Bajraktari has waived any challenge to the agency's finding that country conditions have changed in Albania, such that he failed to establish a well-founded fear of future persecution. *Yueqing Zhang v. Gonzales*, 426 F.3d 540, 545 n.7 (2d Cir. 2005). Because this unchallenged finding is dispositive of Bajraktari's asylum and withholding of removal claims, *see Hoxhallari v. Gonzales*, 468 F.3d 179, 182-83 (2d Cir. 2007), we decline to review the agency's adverse credibility and alternative burden of proof findings.

Finally, because Bajraktari fails to indicate anything in the record that would compel a reasonable fact finder to conclude that he would more likely than not suffer torture if returned to Albania, the agency's denial of CAT relief was proper. *See* 8 U.S.C. § 1252(b)(4)(B); *see also Manzur,* 494 F.3d at 289.

For the foregoing reasons, the petition for review is DENIED. As we have completed our review, any stay of

removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk


By:_____

4